FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -6  AM 11: 37

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| GLORIA OKOLIE | ) | |
| | ) | 21 U.S.C. § 1956(h) |
| | ) | Conspiracy to Commit Money |
| PAUL WILSON AISOSA | ) | Laundering |
| | ) | |

CR118- 029

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Wire Fraud*
18 U.S.C. § 1343

1. Beginning on a date unknown to the Grand Jury, but no later than July 21, 2015, and continuing until the return of this indictment, in Richmond County, within the Southern District of Georgia, the Western and Northern Districts of Texas and elsewhere, the defendant,

**GLORIA OKOLIE,**

did knowingly and willfully devise and intend to devise and execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

2. It was part of the scheme and artifice to defraud that **OKOLIE** would open a bank account at BBVA Compass Bank, in Addison, Texas in the name of G.C. Investment and Logistics with an initial deposit of $100.00

3. It was further part of the scheme that **PAUL WILSON AISOSA** would open a bank account at First National Bank Texas/First Convenience Bank, Killeen, Texas, in his own name.

4. It was further part of the scheme that someone using the Google email account "1234trot5@gmail.com" would send emails to attorney V.D., in Augusta, Georgia purporting to be the seller of a piece of real property located in the Southern District of Georgia and directing closing attorney, V.D., to wire the proceeds of the sale to **OKOLIE's** account at BBVA Compass Bank.

5. It was part of the scheme and artifice that **OKOLIE** would make withdrawals and deposits of the ill-gotten proceeds to and from her account at BBVA Compass bank.

6. It was part of the scheme and artifice that OKOLIE would wire these ill-gotten proceeds to **AISOSA's** account at First National Bank Texas/First Convenience Bank, Killeen, Texas.

## The Wiring

7. On August 12, 2015, in the Southern District of Georgia and elsewhere, the defendant **GLORIA OKOLIE**, for the purpose of executing, and attempting to execute, the scheme and artifice, did cause to be transmitted, by means of wire

communication in interstate and foreign commerce, the transfer of $246,218.83 in United States currency from Bank of America, Trust Account of V.D., to BBVA Compass Bank account of the defendant, **GLORIA OKOLIE**, account number 6731545802.

All done in violation of Title 18, United States Code, Sections 1343.

## COUNT TWO
*Conspiracy to Commit Money Laundering*
18 U.S.C. § 1956(h)

8. Paragraphs 1-7 are realleged as if fully set forth herein.

9. Beginning on a date unknown to the Grand Jury, but no later than July 21, 2015 and continuing until the return of this indictment, in Richmond County, within the Southern District of Georgia, the Western and Northern Districts of Texas and elsewhere, the defendants,

**GLORIA OKOLIE,**

AND

**PAUL WILSON AISOSA**

did knowingly and intentionally combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury, to knowingly engage in monetary transactions affecting interstate commerce, involving criminally derived property of a value greater than $10,000, and such property having been derived by a specified unlawful activity, that is, conspiracy to commit wire fraud as alleged in

3

Count One of this indictment, in violation of Title 18, United States Code, Section 1349.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count 1 of this Indictment in violation of Title 18, United States Code, Section 1349, the defendants,

GLORIA OKOLIE

AND

PAUL WILSON AISOSA

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property which constitutes or is derived from proceeds obtained as a result of the offense and any property traceable thereto.

Upon conviction of the offense set forth in Count 2 of this Indictment in violation of Title 18, United States Code, Section 1956(h), the defendants,

GLORIA OKOLIE

AND

PAUL WILSON AISOSA

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 981 & 982 and 28 U.S.C. § 2461(c).

A True Bill.

*Signatures follow on next page*

_____
Bobby L. Christine
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
*Lead Counsel

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

6